**Order entered November 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01468-CV

### IN RE BABU SAMUEL KALLUVILAYIL, Relator

**Original Proceeding from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F-91-00956-TH**

## ORDER

The Court **DENIES** relator's November 25, 2013 motion for default judgment on his petition for writ of mandamus. On November 18, 2013, the petition was denied in part and dismissed for want of jurisdiction in part.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Babu Samuel Kalluvilayil, TDCJ No. 584945, Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601.

/s/    ELIZABETH LANG-MIERS
        JUSTICE